IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN LINDSEY | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL | : | |
| Acting Commissioner of Social Security Administration | : | NO. 2:16-cv-783 |

## ORDER

AND NOW, this 13th day of March 2017, after careful and independent consideration of the record before the Court and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 20), to which no objections have been filed, it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is GRANTED.

3. The final decision of the Commissioner is REVERSED, and the matter is REMANDED for further proceedings consistent with the Report and Recommendation

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.